57334743

# IN THE COURT OF COMMON PLEAS
## CUYAHOGA COUNTY, OHIO

THE STATE OF OHIO
    Plaintiff

Case No: CR-09-519891-A

Judge: KATHLEEN ANN SUTULA

HERBERT E ANDERSON
    Defendant

INDICT: 2911.01 AGGRAVATED ROBBERY /FORS /NPC /RVOS
2921.12 TAMPERING WITH EVIDENCE /FORS

FILED 2009 MAY -5 A 8: 55
GERALD E. FUERST
CLERK OF COURTS
CUYAHOGA COUNTY

## JOURNAL ENTRY

DEFENDANT IN COURT. COUNSEL SCOTT RAMSEY PRESENT.
PROSECUTOR(S) STEVEN SZELAGIEWICZ PRESENT.
COURT REPORTER TIMOTHY SCHAFFER PRESENT.
DEFENDANT'S MOTION, FILED 03-17-09, TO DISMISS INDICTMENT IS DENIED.

05/04/2009
CP1RB 05/04/2009 12:30:39

_____ 5·4·09
Judge Signature      Date

THE STATE OF OHIO } SS. I, GERALD E. FUERST, CLERK OF
Cuyahoga County } THE COURT OF COMMON PLEAS
WITHIN AND FOR SAID COUNTY
HEREBY CERTIFY THAT THE ABOVE AND FOREGOING IS TRULY
TAKEN AND COPIED FROM THE ORIGINAL _____
Journal Entry 519819
NOW ON FILE IN MY OFFICE.
WITNESS MY HAND AND SEAL OF SAID COURT THIS 23
DAY OF _____ A.D. 20 10
GERALD E. FUERST, Clerk
By _____ Deputy

HEAR
05/04/2009

Page 1 of 1



57343519

# IN THE COURT OF COMMON PLEAS
## CUYAHOGA COUNTY, OHIO

THE STATE OF OHIO
   Plaintiff

2009 MAY -6 A 9: 05

GERALD E. FUERST
CLERK OF COURTS
CUYAHOGA COUNTY

HERBERT E ANDERSON
   Defendant

Case No: CR-09-519891-A

Judge: KATHLEEN ANN SUTULA

INDICT: 2911.01 AGGRAVATED ROBBERY /FORS /NPC /RVOS
2921.12 TAMPERING WITH EVIDENCE /FORS

## JOURNAL ENTRY

DEFENDANT IN COURT. COUNSEL SCOTT RAMSEY PRESENT.
PROSECUTOR(S) STEVEN SZELAGIEWICZ PRESENT.
COURT REPORTER TIM SCHAFFER PRESENT.
DEFENDANT FULLY ADVISED IN OPEN COURT OF HIS/HER CONSTITUTIONAL RIGHTS AND PENALTIES.
JURY IMPANELLED AND SWORN, 12 JURORS AND 2 ALTERNATES. CASE PROCEEDS TO TRIAL.
STATE'S CSE IN PROGRESS.

05/04/2009
CPIRB 05/04/2009 16:00:52

_____  5.5.09
Judge Signature     Date

HEAR
05/04/2009


57358763

# IN THE COURT OF COMMON PLEAS
# CUYAHOGA COUNTY, OHIO

THE STATE OF OHIO
Plaintiff

HERBERT E ANDERSON
Defendant

2009 MAY -5  P 1: 10

GERALD E. FUERST
CLERK OF COURTS
CUYAHOGA COUNTY

Case No: CR-09-519891-A

Judge: KATHLEEN ANN SUTULA

INDICT: 2911.01 AGGRAVATED ROBBERY /FORS /NPC /RVOS
2921.12 TAMPERING WITH EVIDENCE /FORS

## JOURNAL ENTRY

DEFENDANT IN COURT WITH COUNSEL SCOTT RAMSEY. PROSECUTING ATTORNEY STEVEN SZELAGIEWICZ PRESENT.
COURT REPORTER TIM SCHAEFER PRESENT.
TRIAL IN PROGRESS. STATE RESTS.
RULE 29 GRANTED AS TO COUNT(S) 1, 2.
DEFENDANT ORDERED RELEASED FROM COUNTY JAIL ON THIS CASE ONLY.

05/05/2009
CPEDB 05/05/2009 12:58:24

_____  5.5.09
Judge Signature            Date

PVER
05/05/2009

Sheriff Signature _____ 5-5-09

Page 1 of 1